United States Courts
Southern District of Texas
FILED

MAR 1 0 2020 SCG

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. |
| § | |
| KEVIN ANTONIO IRAETA-HERNANDEZ § | |

L-20-791

MGM

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

#### COUNT ONE

On or about **February 13, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**KEVIN ANTONIO IRAETA-HERNANDEZ,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Border Patrol Agent Richard Rivera, and engaged in acts involving physical contact, while said Agent was engaged in, and on account of the performance of the Agent's official duties, in violation of Title 18, United States Code, Section 111(a)(1).

#### COUNT TWO

On or about **February 13, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**KEVIN ANTONIO IRAETA-HERNANDEZ,**

an alien who had been denied admission, excluded, deported, and removed, and had departed the United States while an order of exclusion, deportation and removal was outstanding, entered, attempted to enter, and was found in the United States, having not obtained the consent of the Attorney General of the United States to reapply for admission into the United States prior to

March 1, 2003 and having not obtained consent from the Secretary of the Department of Homeland Security to reapply for admission into the United States on or after March 1, 2003, in violation of Title 8, United States Code, Section 1326.

ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

Anthony Garrie Brown
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET NO. L-20-791

<u>LAREDO</u> DIVISION

FILE: 20-03940     MAG#: 20-00655
<u>INDICTMENT</u>     Filed: <u>March 10, 2020</u>          Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

<u>RYAN K. PATRICK, USA</u>
VS.                        <u>ANTHONY GARRIE BROWN, AUSA</u>

**KEVIN ANTONIO IRAETA-HERNANDEZ**

**CHARGE:**

Ct. 1: Assault on a Federal Officer by physical contact [18 USC 111(a)(1)]

Ct. 2: Illegal entry after deportation [8 USC 1326]

**TOTAL COUNTS: 2**

**PENALTY:**
Ct.1:   Not More than 8 Years and/or $250,000, $100 Special Assessment,
        Not More Than a 3 Year Term of Supervised Release
Ct. 2:   0 to 20 Years and/or fine of $250,000, $100 Special Assessment,
        Not More Than a 3 Year Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: